

# EXHIBIT 1