**PARADOX-STUDIO OF DERMAGRAPHICS**
4225 FIDUS DR. #210 LAS VEGAS NV 89103  (702) 452-7969

## TATTOO RELEASE FORM

- I hereby release Paradox-Studio of Dermagraphics, it's owners, employees and artists from all actions and demands now and in the future.
- I understand and believe that the artist is competent in the art of applying tattoos, and that only appropriate instruments and techniques will be utilized.
- I am satisfied that the equipment to be used has been properly cleaned and cared for, and that the tubes and single use needles have been properly sterilized in an autoclave.
- I also believe that the artist has demonstrated the proper level of professionalism necessary to perform the application of the tattoo.
- I fully understand that the tattoo will be permanent, and can only be removed with a surgical or laser procedure that may leave permanent scarring.
- I have not had a history of jaundice or hepatitis within the last twelve (12) months.
- I do not have the HIV virus, AIDS, or any blood-related diseases that will prohibit the proper healing of the tattoo and pose a risk to the tattoo artist.
- I do not have hemophilia, epilepsy, or a heart condition.
- I am not pregnant.
- I am not under the influence of drugs or alcohol.
- I have received and read written aftercare instructions and agree that it is my responsibility to properly heal and care for the tattoo after its application.
- I understand that all artwork, sketches and drawings related to my tattoo and any photographs of my tattoo are property of Paradox-Studio of Dermagraphics.
- I am over 18 years of age.

I have read, and I understand, all of the above. I hereby certify that all of the information on this release form is true and correct.

Name _Michael_____ Age _____
please print    last             first           m.i.

Address _███████████████████████████████████████_
         street            city            state    zip

Phone # (███████████████████████████  Today's Date 02 / 10 / 03
area code                                month  day  year

Signature _Mike_____

For office use only

Description of tattoo _Tribal_____  Location of tattoo _L. Eye Area_
Copy of state I.D on file. _____  Artist _Victor_____

Exhibit 3