# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

**VA 1-767-704**

**Effective date of registration:**

April 19, 2011

## Title
**Title of Work:** Tribal Tattoo

## Completion/Publication
**Year of Completion:** 2003
**Date of 1st Publication:** February 10, 2003   **Nation of 1st Publication:** United States

## Author
- **Author:** Victor Whitmill, dba Paradox-Studio of Dermagraphics
  **Author Created:** Artwork on 3-D object
  **Citizen of:** United States   **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Victor Whitmill
613 Royal Road, Waynesville, MO, 65583, United States

## Rights and Permissions
**Organization Name:** The BrickHouse Law Group Professional Corporation
**Name:** Geoff Gerber
**Email:** ggerber@brickhouselaw.com   **Telephone:** 314-932-1070
**Address:** 1006 Olive Street, Ste. 303
Saint Louis, MO 63101-2048  United States

## Certification
**Name:** Geoffrey G. Gerber
**Date:** April 19, 2011

---

**Correspondence:** Yes

Exhibit 5