

**EXHIBIT 6**