UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

S. Victor Whitmill, )
    Plaintiff (s), )
     )
v. ) Case No. 4:11-cv-752
     )
Warner Bros. Entertainment Inc., )
    Defendant(s). )

## NOTICE OF INTENT TO USE PROCESS SERVER

Comes now __Plaintiff S. Victor Whitmill__ and notifies the court of the intent to use
    (Plaintiff or Defendant)

__Parcels Inc.__
(name and address of process server)

__230 N. Market Street__

__Wilmington, DE 19801__

To serve: __Warner Bros. Entertainment Inc.__ in the
(name of defendants to be served by this process server)

above-styled cause. The process server listed above possesses the

requirements as stated in Rule 4 of the Federal Rules of Civil Procedure.

The undersigned affirms the information provided above is true and correct.

__04/28/2011__          __/s/ Geoffrey G. Gerber__
(date)          (attorney for Plaintiff)

         (attorney for Defendant)