IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| S. VICTOR WHITMILL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 4:11-cv-752 |
| | ) |
| WARNER BROS. ENTERTAINMENT INC., | ) |
| | ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

Michael A. Kahn of The BrickHouse Law Group Professional Corporation hereby enters his appearance in this matter on behalf of Plaintiff S. Victor Whitmill.

DATED:  April 29, 2011

Respectfully submitted,

/s/ *Michael A. Kahn*
Michael A. Kahn (#35411MO)
mkahn@brickhouselaw.com
Pete Salsich III (#44886MO)
psalsich@brickhouselaw.com
Geoff G. Gerber (#47097MO)
ggerber@brickhouselaw.com
**The BrickHouse Law Group**
PROFESSIONAL CORPORATION
1006 Olive Street, Ste. 303
St. Louis, Missouri 63101-2048
Tel: (314) 932-1070

Attorneys for plaintff