UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| S. VICTOR WHITMILL, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:11CV752 CDP |
| WARNER BROS. ENTERTAINMENT, INC., | ) |
| Defendant. | ) |

## ORDER

At the request of counsel,

**IT IS HEREBY ORDERED** that the telephone conference to discuss a schedule for hearing plaintiff's motion for preliminary injunction and conducting any expedited discovery is reset from 11:00 a.m. to **2:30 p.m. tomorrow, Wednesday, May 4, 2011.**  This conference will be on the record.  Plaintiff's counsel is responsible for placing the call and providing notice of this telephone conference to opposing counsel.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 3rd day of May, 2011.