COURTROOM MINUTE SHEET

CAUSE NO. 4:11-cv-00752-CDP   DATE: 5/4/11
JUDGE: Perry
COURT REPORTER: T. Hopwood
DEPUTY CLERK: BRP

S. Victor Whitmill
vs.
Warner Bros. Entertainment Inc.

ATTY(S) FOR PLTF(S)   Michael A. Kahn & Geoffrey G. Gerber
ATTY(S) FOR DEFT(S)   Frederick Sperling
                     Sondra Hemeryck

PARTIES PRESENT FOR telephone conference. Counsel heard regarding Motion to disqualify Plaintiff's counsel. Court to enter Order regarding schedule this date.

ATTY(S) PRESENT: _____
COURTROOM TIME: 2:32 PM - 3:08 PM