UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| S. VICTOR WHITMILL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:11CV752 CDP |
| | ) | |
| WARNER BROS. | ) | |
| ENTERTAINMENT, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

For the reasons stated on the record during the telephone conference held on

May 4, 2011,

**IT IS HEREBY ORDERED** that defendant shall file any motion to

disqualify plaintiff's counsel no later than **May 10, 2011**.  Plaintiff shall file any

response no later than **May 12, 2011**.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 5th day of May, 2011