UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| S. VICTOR WHITMILL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Case No. 4:11CV752 CDP |
| | ) |
| WARNER BROS. | ) |
| ENTERTAINMENT, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

As discussed with counsel,

**IT IS HEREBY ORDERED** that a telephone scheduling conference is set for **4:00 p.m. on Wednesday, May 18, 2011**.  Defendant's counsel, Frederick J. Sperling, is responsible for placing the call.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 10th day of May, 2011.