UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| S. VICTOR WHITMILL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:11CV752 CDP |
| ) | |
| WARNER BROS. ) | |
| ENTERTAINMENT, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

As discussed during the telephone conference held on May 18, 2011, the parties have reached certain agreements about discovery and about providing each other with witness and exhibit lists in advance of the preliminary injunction hearing.  Plaintiff has already provided a proposed form of preliminary injunction and need not do so again.  Accordingly,

**IT IS HEREBY ORDERED** that a hearing on plaintiff's motion for preliminary injunction is set for **Monday, May 23, 2011 at 1:30 p.m.** in **Courtroom 14-South**.

**IT IS FURTHER ORDERED** that defendant may file its response to plaintiff's motion for preliminary injunction, not to exceed forty (40) pages, no later than **Friday, May 20, 2011**.  Plaintiff may file any reply, not to exceed

twenty (20) pages, no later than **9 a.m. on Monday, May 23, 2011**.

**IT IS FURTHER ORDERED** that plaintiff's motion for expedited discovery [#5] is denied as moot.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 19th day of May, 2011.