UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
COURTROOM MINUTE SHEET
CIVIL PROCEEDINGS

Date 5/23/11  Judge Hon. Catherine D. Perry  Case No. 4:11cv752 CDP
Whitmill vs. Warner Brothers
Court Reporter T. Hopwood/A. Daley  Deputy Clerk TRC
Attorney(s) for Plaintiff(s) Michael Kahn, Peter Salsich, & Geoffrey Gerber
Attorney(s) for Defendant(s) Frederick Sperling, Sondra Hemeryck, Clay Tillack, & Ann MacDonald

Parties present for hearing on motion for preliminary injunction (Doc #2). Motion for leave to file in excess of page limitation and out of time (Doc #35) granted by the Court. Testimony heard regarding motion for preliminary injunction (Doc #2). Motion to exclude testimony of David Nimmer (Doc #33) discussed and motion sustained by the Court. Arguments heard regarding motion for preliminary injunction (Doc #2). Matter taken under submission. Hearing continued to 5/24/11 @ 9:00 am

Pltf. Witness_____  Deft. Witness_____
Pltf. Witness_____  Deft. Witness_____

Pltf. Exhibits:_____  Deft. Exhibits:_____
Pltf. Exhibits:_____  Deft. Exhibits:_____

☐ Exhibits returned to and retained by counsel

Proceedings commenced 1:42 a.m./(p.m)  Concluded 5:34 a.m/(p.m.)