COURTROOM MINUTE SHEET

CAUSE NO.   4:11CV752 CDP                          DATE: 5/24/2011

JUDGE:      Catherine D. Perry

COURT REPORTER: T. Hopwood

DEPUTY CLERK:   M. Berg


S. Victor Whitmill
vs.
Warner Bros. Entertainment Inc.

ATTY(S) FOR PLTF(S)     Michael Kahn, Peter Salsich and Geoffrey Gerber

ATTY(S) FOR DEFT(S)     Frederick Sperling, Sondra Hemeryck, Ann McDonald


PARTIES PRESENT FOR the Court's ruling on the preliminary injunction [2]. The Court orally made her ruling on the record.   The Court denied the preliminary injunction [2].  The court to enter a short order and scheduling order.


ATTY(S) PRESENT: _____

COURTROOM TIME:    9:06 a.m. - 9:20 a.m.