UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| S. VICTOR WHITMILL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:11CV752 CDP |
| | ) |
| WARNER BROS. | ) |
| ENTERTAINMENT, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

For the reasons stated on the record on May 24, 2011,

**IT IS HEREBY ORDERED** that plaintiff's motion for preliminary injunction [#2] is DENIED.

**IT IS FURTHER ORDERED** that a telephone scheduling conference is set for **Friday, June 17, 2011 at 10:30 a.m.**  Plaintiff's counsel is responsible for placing the call and having all necessary counsel on the line.  The parties shall submit a joint scheduling plan no later than seven (7) days before the conference.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 24th day of May, 2011.