IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| S. VICTOR WHITMILL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 4:11-cv-752 |
| v. | ) |
| | ) |
| WARNER BROS. ENTERTAINMENT INC., | ) |
| | ) |
| Defendant. | ) |

**JOINT MOTION FOR DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41, all parties to this case request that this Court dismiss all claims with prejudice — each party to bear its own costs — and enter a final judgment in this case.

| | |
|---|---|
| /s/ *Geoffrey G. Gerber* | /s/ *Mark Sableman* |
| Michael A. Kahn (#35411MO) | Mark Sableman (#36276MO) |
| mkahn@brickhouselaw.com | msableman@thompsoncoburn.com |
| Pete Salsich III (#44886MO) | THOMPSON COBURN LLP |
| psalsich@brickhouselaw.com | One US Bank Plaza |
| Geoff G. Gerber (#47097MO) | St. Louis, MO 63101 |
| ggerber@brickhouselaw.com | (314) 552-6000 |
| **The BrickHouse Law Group** | |
| PROFESSIONAL CORPORATION | Frederick J. Sperling (pro hac vice) |
| 1006 Olive Street, Ste. 303 | fsperling@schiffhardin.com |
| St. Louis, Missouri 63101-2048 | Sondra A. Hemeryck (pro hac vice) |
| Tel: (314) 932-1070 | shemeryck@schiffhardin.com |
| | Clay A. Tillack (pro hac vice) |
| Attorneys for Plaintiff | ctillack@schiffhardin.com |
| | Ann H. MacDonald (pro hac vice) |
| | amacdonald@schiffhardin.com |
| | SCHIFF HARDIN LLP |
| | 233 South Wacker Drive |
| | Suite 6600 |
| | Chicago, IL 60606 |
| | (312) 258-5500 |
| | |
| | Attorneys for Defendant |