UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| S. VICTOR WHITMILL, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:11CV752 CDP |
| WARNER BROS. ENTERTAINMENT INC., | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

Pursuant to the parties' joint motion for dismissal [#54],

**IT IS HEREBY ORDERED** that this case is dismissed with prejudice, each party to bear its own costs and attorneys' fees.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 22nd day of June, 2011.